IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEHEMIAH LEARY | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 18-4347 |
| OFFICER VONDEL COOK, ET AL. | : |

# O R D E R

**AND NOW**, this 12th day of   May  , 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 17), it is **ORDERED** that the Motion is **GRANTED**. Judgment is entered in favor of Defendants on all counts. The Clerk of Court is directed to mark the case **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**